US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JAN 28 2025

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:25-CR-50012-001 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(8) |
| | ) 18 U.S.C. § 924(c)(1)(A)(i) |
| MIGUEL GARCIA | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) 21 U.S.C. § 841(b)(1)(B)(viii) |
| | ) 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 30, 2024, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendant, **MIGUEL GARCIA,** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

### COUNT TWO

On or about September 30, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **MIGUEL GARCIA,** knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, more than five (5) grams of methamphetamine, a schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(viii).

## COUNT THREE

On or about September 30, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **MIGUEL GARCIA,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically Glock 19 semi-automatic, .9mm pistol, serial number BECA539 which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

On or about September 30, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **MIGUEL GARICA**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute methamphetamine and possession of methamphetamine with the intent to distribute, as charged in Counts One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: *[signature]*
Briana Robbins
Assistant U. S. Attorney
Arkansas Bar No. 2018157
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
Email: Briana.Robbins@usdoj.gov